UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

| | |
|---|---|
| MARK M. BOWERSOCK, <br> Plaintiff, <br> v. <br> SCOTT KERNAN, et. al., <br> Defendants. | Case No. 18-cv-3057-RMI (PR) <br> **ORDER OF TRANSFER** <br> Re: Dkt. No. 6 |

This is a civil rights case brought pro se by a state prisoner. While Plaintiff was incarcerated at Richard J. Donovan Correctional Facility, his request to correspond with an inmate at the Substance Abuse Treatment Facility was denied. That denial forms the basis of this action. Richard J. Donovan is located in the Southern District of California and the Substance Abuse Treatment Facility is located in the Eastern District of California. Plaintiff is incarcerated in the Southern District and the majority of the incident occurred at that location. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Southern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon Plaintiff's request for leave to proceed in forma pauperis (Docket No. 6) which is **VACATED**.

**IT IS SO ORDERED.**

Dated: June 27, 2018

_____
ROBERT M. ILLMAN
United States Magistrate Judge